JS-6

**NOTE CHANGES MADE BY THE COURT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.S., a minor by and through his Guardian Ad Litem STEPHANIE SENTELL, and PAMELA AMICI, <br><br> Plaintiffs, <br> v. <br> CITY OF LONG BEACH, VICTOR ORTIZ, JEFFREY SHURTLEFF, and DOES 3-10, inclusive, <br><br> Defendants. <br><br> MARK ZERBY <br><br> Plaintiff, <br> v. <br> CITY OF LONG BEACH, et al. <br><br> Defendants. | Lead Case No.: SACV 11-00536-AG-RNBx <br> Consolidated Case No.: ~~SA~~CV11-06379-AG(RNBx) <br><br><br><br> ~~[PROPOSED]~~ JUDGMENT |

These consolidated actions came for trial on March 19, 2013, in Courtroom 10D of the United States District Court, Central District of California, Southern Division, Honorable Andrew J. Guilford, presiding. Plaintiffs R.S., a minor by and through his Guardian ad litem Stephanie Sentell, and Pamela Amici were

represented by attorney Dale K. Galipo of The Law Offices of Dale K. Galipo, and Brian E. Claypool of The Claypool Law Firm. Plaintiff Mark Zerby was represented by Garo Mardirossian and Rowena J. Dizon of Mardirossian & Associates, Inc., and Thomas E. Beck of The Beck Law Firm. Defendants Victor Ortiz, Jeffrey Shurtleff, and the City of Long Beach were represented by Monte Machit of the Long Beach City Attorney's Office and Thomas J. Feeley of the Law Offices of Thomas J. Feeley.

A jury was regularly empanelled and sworn in. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the case was submitted to the jury. By law, the City of Long Beach is vicariously liable under Plaintiffs' state law claims. The jury deliberated and thereafter returned into Court with its verdict as follows.

**QUESTION NO. 1**

Did any defendant violate decedent's Fourth Amendment rights by using excessive force?

| | | |
|---|---|---|
| Officer Shurtleff | Yes _X_ | No_____ |
| Officer Ortiz | Yes _X_ | No_____ |

**QUESTION NO. 2**

Did either Defendant commit a battery against the decedent?

| | | |
|---|---|---|
| Officer Shurtleff | Yes _X_ | No_____ |
| Officer Ortiz | Yes _X_ | No_____ |

\\\
\\\
\\\
\\\

**QUESTION NO. 3**

    Was either defendant negligent?

    Officer Shurtleff                      Yes  X            No_____

    Officer Ortiz                          Yes  X            No_____

**QUESTION NO. 4**

    Was the negligence of any defendant a substantial factor in causing death to the decedent?

    Officer Shurtleff                      Yes  X            No_____

    Officer Ortiz                          Yes  X            No_____

**QUESTION NO. 5**

    What are plaintiffs' damages?

    Mark Zerby                          $    2 million

    Pamela Amici                       $    1 million

    River Sentell                      $    3.5 million

**QUESTION NO. 6**

    Was the decedent negligent?

                                          Yes  X            No_____

**QUESTION NO. 7**

    Was the negligence of the decedent a substantial factor in causing his death?

                                          Yes_____        No  X

\\\

\\\

\\\

\\\

-3-
(PROPOSED) JUDGMENT

1 **QUESTION NO. 8**

2  Assuming 100% is the total amount of negligence, what percentage is
3 attributable to the defendants and the decedent?

4  Officer Shurtleff          _____%
5  Officer Ortiz              _____%
6  Douglas Zerby              _____%
7  TOTAL                      100%

8

9 **QUESTION NO. 9**

10  Did any defendant act with malice, opposition or reckless disregard of
11 decedent's rights?

12  Officer Shurtleff         Yes  X       No_____
13  Officer Ortiz             Yes  X       No_____

14

15  NOW THEREFORE IT IS ORDERED, ADJUDGED AND DECREED that
16 final judgment in this action in entered as follows:

17  1.  Judgment in the sum of $2,000,000.00 is entered against Defendants
18      City of Long Beach, Victor Ortiz and Jeffrey Shurtleff in favor of Mark
19      Zerby, ~~plus attorney fees, costs, and interest~~

20  2.  Judgment in the sum of $1,000,000.00 is entered against Defendants
21      City of Long Beach, Victor Ortiz and Jeffrey Shurtleff in favor of
22      Pamela Amici, ~~plus attorney fees, costs and interest~~

23  3.  Judgment in the sum of $3,500,000.00 is entered against Defendants
24      City of Long Beach, Victor Ortiz and Jeffrey Shurtleff in favor of River
25      Sentell, ~~plus attorney fees, costs and interest~~

26  \\\
27  \\\
28  \\\

4. Plaintiffs may also recover costs and attorney's fees pursuant to 42 U.S.C. § 1988 and interest on the judgment as the prevailing party ~~on all claims.~~ at trial

IT IS SO ORDERED

DATED: July 19, 2013

_____
Hon. Andrew J. Guilford